Joel E. Tasca, Esq.
Nevada State No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com

*Attorneys for Defendant*
*Citibank, N.A.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARK CARLO;<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, NATIONAL ASSOCIATION;<br><br>    Defendant. | CASE NO. 2:20-cv-01473-JCM-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT CITIBANK, NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**[Docket No. 4]**<br><br>(First Request) |

Plaintiff Mark Carlo ("Plaintiff") and Defendant Citibank, National Association ("Citibank")[1] stipulate and agree that Citibank has up to and including September 21, 2020 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Citibank to prepare a response.

///
///
///
///
///

---

[1] By filing this Stipulation, Citibank is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #40433958 v1

This is the first request for an extension, and is made in good faith and not for purposes of delay.

Dated this 21st day of August, 2020.

| BALLARD SPAHR LLP | MITCHELL D. GLINER, ESQ. |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Mitchell D. Gliner<br>Mitchell D. Gliner, Esq.<br>Nevada Bar No. 3419<br>3017 W. Charleston Boulevard, #95<br>Las Vegas, Nevada 89102 |
| *Attorneys for Defendant Citibank, N.A.* | *Attorneys for Plaintiff Mark Carlo* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
THE HONORABLE NANCY J. KOPPE

DATED: August 24, 2020

2

DMWEST #40433958 v1