Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com

*Attorneys for Defendant,*
*Citibank, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARK CARLO;<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITIBANK, NATIONAL ASSOCIATION;<br><br>　　　　　　Defendant. | CASE NO. 2:20-cv-01473-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CITIBANK, NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Plaintiff Mark Carlo ("Plaintiff") and Defendant Citibank, National Association. ("Citibank")[1] stipulate and agree that Citibank has up to and including October 12, 2020 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Citibank to prepare a response.

---

[1] By filing this Stipulation, Citibank is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #40531511 v1

1    This is the second request for an extension, and is made in good faith and not for purposes of delay.

Dated this 21st day of September, 2020

| BALLARD SPAHR LLP | MITCHELL D. GLINER, ESQ. |
|---|---|
| By: /s/ Joel E. Tasca | By: /s/ Mitchell D. Gliner |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Emil S. Kim, Esq.<br>Nevada Bar No. 14894<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Mitchell D. Gliner, Esq.<br>Nevada Bar No. 3419<br>3017 W. Charleston Boulevard, #95<br>Las Vegas, Nevada 89102 |
| *Attorneys for Defendant*<br>*Citibank, N.A.* | *Attorneys for Plaintiff Mark Carlo* |

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 22, 2020

2

DMWEST #40531511 v1