Joel E. Tasca, Esq.
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com

*Attorneys for Defendant,
Citibank, N.A.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARK CARLO;<br><br>       Plaintiff,<br><br>v.<br><br>CITIBANK, NATIONAL ASSOCIATION;<br><br>       Defendant. | CASE NO. 2:20-cv-01473-JCM-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT CITIBANK, NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

Plaintiff Mark Carlo ("Plaintiff") and Defendant Citibank, National Association. ("Citibank")[1] stipulate and agree that Citibank has up to and including October 30, 2020 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Citibank to prepare a response.

[continued on next page.]

---

[1] By filing this Stipulation, Citibank is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #40603590 v1

1  This is the third request for an extension, and is made in good faith and not for
2  purposes of delay.
3  Dated this 9th day of October, 2020

BALLARD SPAHR LLP                                  MITCHELL D. GLINER, ESQ.

By: /s/ Joel E. Tasca                              By: /s/ Mitchell D. Gliner
Joel E. Tasca, Esq.                                Mitchell D. Gliner, Esq.
Nevada Bar No. 14124                               Nevada Bar No. 3419
1980 Festival Plaza Drive, Suite 900               3017 W. Charleston Boulevard, #95
Las Vegas, Nevada 89135                            Las Vegas, Nevada 89102

*Attorneys for Defendant*                          *Attorneys for Plaintiff Mark Carlo*
*Citibank, N.A.*

**ORDER**

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 13, 2020